| STATE OF LOUISIANA, DIVISION OF | NO. 21-C-711 |
| --- | --- |
| ADMINISTRATION, OFFICE OF COMMUNITY | FIFTH CIRCUIT |
| DEVELOPMENT-DISASTER RECOVERY UNIT | COURT OF APPEAL |
| VERSUS | STATE OF LOUISIANA |
| KIESHA MOREIRA | |

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Susan S. Buchholz*
Susan S. Buchholz
First Deputy, Clerk of Court

_____ January 12, 2022 _____

Susan Buchholz
First Deputy Clerk

**IN RE** KIESHA MOREIRA

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT
COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE
E. ADRIAN ADAMS, DIVISION "G", NUMBER 801-417

---

Panel composed of Judges Susan M. Chehardy,
Jude G. Gravois, Marc E. Johnson, Robert A. Chaisson, Stephen J. Windhorst, Hans J. Liljeberg,
and John J. Molaison, Jr.

## WRIT GRANTED FOR LIMITED PURPOSE

Relator Keisha Moreira seeks supervisory review of the trial court's

judgment denying her peremptory exception of peremption. The writ application

indicates that at the same hearing, the trial court also considered and granted

plaintiff's motion for summary judgment which fully determined the merits of the

action. The judgment for which relator seeks supervisory review is an

interlocutory judgment reviewable as part of an appeal of the judgment granting

plaintiff's motion for summary judgment, which judgment on plaintiff's motion for

summary judgment is a final, appealable judgment pursuant to La. C.C.P. art.

1841. As such, under the particular procedural posture of this case, relator's

proper remedy is an appeal, not an application for supervisory writs.

21-C-711

We therefore grant this writ application for the limited purpose of remanding the matter to the trial court with instructions to construe relator's notice of intent as a timely motion for appeal.

Gretna, Louisiana, this 12th day of January, 2022.

**RAC**
**SMC**
**JGG**
**MEJ**
**SJW**
**HJL**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **01/12/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**21-C-711**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (DISTRICT JUDGE)
Christopher H. Szeto (Relator)
Mary C. Cali (Respondent)
Ian Dunbar (Relator)
Caroline M. Tomeny (Respondent)
William J. Wilson (Respondent)

### MAILED

John C. Walsh (Respondent)
John C. Conine, Jr. (Respondent)
Attorney at Law
Post Office Drawer 4425
Baton Rouge, LA 70821